# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| DORU GABRIEL TRIFU, | 1:15-cv-01114-LJO-MJS (HC) |
|---|---|
| Petitioner, | |
| v. | **ORDER DISMISSING AS MOOT HABEAS PETITION (ECF NO. 1); DECLINING TO ADOPT AS MOOT FINDINGS AND RECOMMENDATIONS (ECF NO. 20); AND DENYING AS MOOT MOTION FOR INJUNCTIVE RELIEF (ECF. NO. 14)** |
| CRAIG APKER, Warden, | |
| Respondent. | |

Petitioner, a federal prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241, challenges the implementation and collection of restitution and felony assessments under the Inmate Financial Responsibility Program ("IFRP") by private prison employees. ECF No. 1. Petitioner is incarcerated at Taft Correctional Institution's ("TCI"), a federal prison owned and operated by Management and Training Corporation ("MTC") pursuant to a contract with the Bureau of Prisions ("BOP"). Among other things, Petitioner asserts that the action of taking his restitution was an abuse of process in light of the language of federal regulations including 28 C.F.R. § 545.10 which limits the authority of the Bureau of Prisons to collect restitution. *Id*. at 3. 28 C.F.R. § 545.10 provides that BOP "staff" shall assist an inmate in developing a financial plan for meeting financial obligations. 28 C.F.R. § 500.1 in turn defines "staff" as "any employee of the Bureau of Prisons or Federal Prison Industries, Inc."

It is undisputed that personnel at MTC denied Petitioner's request for a review of his IFRP and

1

refused to permit him to appeal to BOP, indicating that the "issue is not appealable to the BOP." See ECF No. 1 at 16. In response to this Court's request for supplemental briefing, BOP presented evidence indicating that BOP accepted and processed Petitioner's administrative appeal concerning his IFRP. (ECF No. 34.) On September 5, 2017, this Court ordered Petitioner to show cause "in writing on or before October 20, 2017 why his Petition . . . should not be dismissed as moot because the claim Petitioner originally raised is no longer in dispute." ECF No. 36. Petitioner failed to respond to the OSC by the relevant deadline.

The Court finds that the Petition is moot because Petitioner has received the relief he requested: review of his IFRP by BOP. Accordingly, the Petition (ECF No. 1) is DISMISSED AS MOOT. For the same reason, the Court DECLINES TO ADOPT the magistrate judge's Findings and Recommendations because those are also moot. Finally, Petitioner's pending motion for injunctive relief is DENIED AS MOOT. The Clerk of Court is directed to CLOSE THIS CASE.

IT IS SO ORDERED.

Dated: **October 30, 2017**        /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE